No. 89–1995.   SEXTON, INDIVIDUALLY AND AS LIMITED GUARDIAN OF THE SEPARATE ESTATE OF SEXTON, AN INCAPACITATED PERSON *v.* LONE STAR LIFE INSURANCE CO. ET AL. C. A. 5th Cir.   Certiorari denied.

No. 89–1996.   ROBINSON, ADMINISTRATRIX OF THE ESTATE OF ROBINSON, ET AL. *v.* MTD PRODUCTS, INC., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 89–1998.   SLOMNICKI *v.* ALLEGHENY COUNTY HEALTH DEPARTMENT.   Commw. Ct. Pa.   Certiorari denied.

No. 89–1999.   DIEBOLD, INC. *v.* UNITED STATES.   C. A. Fed. Cir.   Certiorari denied.

No. 89–2002.   GAMEZ *v.* STATE BAR OF TEXAS.   Sup. Ct. Tex. Certiorari denied.

No. 89–2003.   MASSACHUSETTS BOARD OF REGISTRATION IN MEDICINE *v.* KVITKA.   Sup. Jud. Ct. Mass.   Certiorari denied.

No. 89–2005.   CARLE *v.* WOODS, POSTMASTER.   C. A. 10th Cir.   Certiorari denied.

No. 89–2006.   ROSCOE *v.* UNITED STATES ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 89–2009.   LANE ET UX. *v.* PETERSON ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 89–2010.   COUNTY OF ALBEMARLE, VIRGINIA *v.* SMITH ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 89–2011.   CITY VENDING OF MUSKOGEE, INC. *v.* OKLAHOMA TAX COMMISSION.   C. A. 10th Cir.   Certiorari denied.

No. 89–2012.   SMITH *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 89–2014.   ORTHOPEDIC EQUIPMENT CO., INC. *v.* PIETZ. Sup. Ct. Ala.   Certiorari denied.